## AFFIDAVIT OF NAAYSIA GRAVELY

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA COUNTY

I, NaAysia Gravely, being duly sworn, do hereby depose and state as follows:

1. I am over the age of eighteen (18), competent to testify, and have personal knowledge of the facts set forth in this affidavit.

2. On April 18, 2023, I was abruptly woken up to a traumatic and terrifying event.

3. My nephew M[████] D[████] and I were asleep when U.S. Marshals entered the residence with guns drawn, pointing them at both of us.

4. They claimed that I was going to jail for allegedly hiding a murderer, despite not knowing my identity or having any evidence.

5. They wrongfully assumed I was involved, and I was terrorized by their actions.

6. The officers took my phone, threw papers at both me and my nephew, and continued to be extremely disrespectful while still holding us at gunpoint.

7. After they left, I had to borrow a neighbor's phone to call my sister, Nalaysia Gravely, and inform her of what had happened.

8. Nalaysia arrived shortly thereafter, and we both got into the car to drive down to the leasing office to find out what was going on.

9. As we were driving, the U.S. Marshals pulled in and again drew their firearms at our vehicle. Despite the situation already being traumatic, they escalated it further.

10. They arrested me, my sister Nalaysia , and our father Ricky Gravely at the scene, and we were all transported to South Central Regional Jail.

11. We were falsely charged with 'obstructing an officer' and each held on a $2,000 bond.

12. This incident caused immense emotional and psychological trauma. I am still in the process of recovering.

13. At the time, I was actively enrolled in college. Unfortunately, once my school learned of the arrest, I was removed from the program and forced to discontinue my education.

14. This experience has had a lasting impact on my mental health, reputation, and academic aspirations.

15. I make this statement truthfully and under penalty of perjury in support of my family and to bring light to the injustice and trauma we experienced.

Executed on this 17th day of April, 2025.

NaAysia Gravely
(304) 881-6113

Subscribed and sworn to before me this 17th day of April, 2025.

Notary Public
My commission expires: May 9, 2029

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Leslee Renee Stover
Kanawha County Public Library
123 Capitol Street, Charleston, WV 25301
My Commission Expires May 09, 2029