Affidavit of Nalaysia Gravely

State of West Virginia
County of Kanawha

I, Nalaysia Gravely, being duly sworn, do hereby depose and say:

1. My name is Nalaysia Gravely and I am the biological mother of M▓▓ D▓▓▓ and A▓▓ D▓▓▓. I reside at 1028 Mountain Road Charleston, West Virginia 25303.

2. On April 17, 2023, while at work, I received a frantic call from my younger sister NaAysia Gravely who was babysitting my 3-year-old son M▓▓ D▓▓▓ at the time due to him being home sick with strep throat. She called from a neighbor's phone, screaming and crying, informing me that U.S. Marshals had kicked in the door of my home, entered with weapons drawn, and were pointing their guns at her and my son.

3. She informed me that the Marshals were yelling, being aggressive, and throwing around wanted posters of my children's father throughout my residence. Despite determining that the individual they were looking for was not present, they still proceeded to ransack my home.

4. I rushed home immediately and upon arrival, found my door completely off the hinges and my home in disarray. My son was visibly traumatized, crying, and terrified from the event he had just witnessed.

5. Shortly thereafter, I was notified by my employer that U.S. Marshals had also been to my workplace and posted wanted pictures of the individual they were searching for.

6. While driving to my leasing office to report the incident and get clarification, I was intercepted by U.S. Marshals in the leasing office parking lot. They exited their vehicles with guns drawn at my car where my child was seated, despite there being no immediate threat.

7. The officers proceeded to arrest me, claiming I was "harboring a fugitive," despite me having no knowledge of the individual's whereabouts or any contact with him. My father Ricky Gravely who was at my apartment, arrived at the leasing office after hearing my screams but was also arrested after attempting to calmly speak with the officers. He was falsely accused of obstruction, as were my sister and myself.

8. My father was accused of possessing marijuana, which is false—he does not smoke, nor was any marijuana in his possession. My sister was arrested after attempting to record the incident and had her phone confiscated, despite her right to film the interaction.

9. My son was left without a legal guardian at that time. U.S. Marshals informed me that Child Protective Services (CPS) would be called. I was not allowed to contact a family member to come retrieve my child.

10. While in custody and en route to South Central Regional Jail, U.S. Marshals made numerous disrespectful and traumatizing remarks, including referencing my deceased sister who was murdered in 2008, stating that I "would end up like her" and that she "probably deserved what happened."

11. I was booked and held with no opportunity to locate my son. It was not until later that I learned my child had been placed with complete strangers through CPS rather than given to trusted family members who were available.

12. At my arraignment, I was charged only with "obstruction of an officer," with no evidence of such conduct. My bond, and the bond of my father and sister, was set at $2,000 cash only.

13. Upon my release, I was informed that I would also have to surrender my younger daughter A▓▓▓ D▓▓▓▓▓▓—who was safe with a family member—to the Department of Health and Human Resources or risk further criminal charges. I complied under extreme emotional distress.

14. I later received confirmation from the foster placement that both of my children were safe, polite, and well-mannered—further proving that they were never in danger or neglected in my care.

15. After providing written character statements from my children's daycare providers, the court reviewed the situation and ultimately returned custody of my children to me.

16. This entire ordeal has caused irreparable emotional and psychological harm to myself and my children. We are still recovering from the trauma inflicted upon us due to the unlawful, aggressive, and inhumane treatment by the U.S. Marshals and the mishandling of our case by CPS.

17. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this day of April 17, 2025
Signature: *Malaysia Gravely*
Printed Name: Nalaysia Gravely
Notary Public:

Subscribed and sworn to before me this 17th day of April, 2025.
Notary Signature: *Leslee Stover*
My Commission Expires: May 9, 2029

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
Leslee Renee Stover
Kanawha County Public Library
123 Capitol Street, Charleston, WV 25301
My Commission Expires May 09, 2029